**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Telephone: 602/258-7701
Telecopier: 602/257-9582

Fredric D. Bellamy – 010767
fbellamy@rcalaw.com

Lorena C. Van Assche – 025408
lvanassche@rcalaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JACOB A. CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>ATLEE A. COCKRELL and POLLY D. COCKRELL, husband and wife,<br><br>Defendant. | Case No. 2:16-cv-01283-GMS-<br><br>**JACOB AND REBECCA CRUZ'S REPLY TO COUNTERCLAIM**<br><br>(Assigned to Hon. G. Murray Snow) |
| ATLEE A. COCKRELL,<br><br>Counterclaimant,<br><br>v.<br><br>JACOB CRUZ and REBECCA CRUZ, husband and wife,<br><br>Counter-Defendants. | |

Jacob A. Cruz and Rebecca Cruz (collectively, "Cruz") hereby reply to the Counterclaim filed by Atlee A. Cockrell as follows:

1. Cruz admits the allegations of the ¶ 1 of the Counterclaim.

2. Cruz admits the allegations of the ¶ 2 of the Counterclaim.

3. In response to the allegations of the ¶ 3 of the Counterclaim, Cruz admits that he and Rebecca Cruz were married since December 2011, and denies the remaining allegations of ¶ 3 of the Counterclaim.

4. Cruz admits the allegations of the ¶ 4 of the Counterclaim.

5. Cruz admits the allegations of the ¶ 5 of the Counterclaim.

6. Cruz lacks sufficient information to admit or deny the allegations of ¶ 6 of the Counterclaim and therefore denies the same.

7. In response to the allegations of ¶ 7 of the Counterclaim, Cruz admits Mr. Cruz was hired by the Arizona Diamondbacks as a hitting coach in 2011 upon Mr. Cruz's retirement as a professional baseball player and that this was his first job as a hitting coach.

8. Cruz denies the allegations of ¶ 8 of the Counterclaim.

9. Cruz denies the allegations of ¶ 9 of the Counterclaim.

10. Cruz denies the allegations of ¶ 10 of the Counterclaim.

11. Cruz denies the allegations of ¶ 11 of the Counterclaim.

12. Cruz denies the allegations of ¶ 12 of the Counterclaim.

13. In response to the allegations of ¶ 13 of the Counterclaim, Cruz admits that when Mr. Cruz demonstrated the Hitting Cup to Mr. Cockrell, both Mr. Cruz and Mr. Cockrell were working at the Diamondbacks' spring training facility at Salt River Fields, and denies the remaining allegations of ¶ 13 of the Counterclaim.

14. Cruz denies the allegations of ¶ 14 of the Counterclaim.

15. Cruz denies the allegations of ¶ 15 of the Counterclaim.

16. Cruz denies the allegations of ¶ 16 of the Counterclaim.

17. Cruz denies the allegations of ¶ 17 of the Counterclaim.

18. Cruz denies the allegations of ¶ 18 of the Counterclaim.

19. Cruz denies the allegations of ¶ 19 of the Counterclaim.

20. Cruz denies the allegations of ¶ 20 of the Counterclaim.

21. In response to the allegations of ¶ 21 of the Counterclaim, Cruz admits that after Cruz demonstrated the Hitting Cup to Mr. Cockrell, Cruz and Mr. Cockrell agreed to become partners to develop, produce and market the Hitting Cup and that they would be 50-50 partners in the partnership, and denies the remaining allegations of ¶ 21 of the Counterclaim.

22. In response to the allegations of ¶ 22 of the Counterclaim, Cruz admits that Mr.

Cockrell filed a provisional patent application with the U.S. Patent and Trademark Office, and denies the remaining allegations of ¶ 22 of the Counterclaim.

23. In response to the allegations of ¶ 23 of the Counterclaim, Cruz admits that Mr. Cockrell listed himself as a co-inventor of the Hitting Cup on the provisional patent application and denies the remaining allegations of ¶ 23 of the Counterclaim.

24. Cruz denies the allegations of ¶ 24 of the Counterclaim.

25. Cruz denies the allegations of ¶ 25 of the Counterclaim.

26. Cruz denies the allegations of ¶ 26 of the Counterclaim.

27. Cruz admits the allegations of ¶ 27 of the Counterclaim.

28. Cruz denies the allegations of ¶ 28 of the Counterclaim.

29. Cruz admits the allegations of ¶ 29 of the Counterclaim.

30. In response to the allegations of ¶ 30 of the Counterclaim, Cruz admits that in order to manufacture the mold, Cruz first needed to develop a prototype, and denies the remaining allegations of ¶ 30 of the Counterclaim.

31. Cruz denies the allegations of ¶ 31 of the Counterclaim.

32. Cruz denies the allegations of ¶ 32 of the Counterclaim.

33. Cruz denies the allegations of ¶ 33 of the Counterclaim.

34. Cruz denies the allegations of ¶ 34 of the Counterclaim.

35. Cruz denies the allegations of ¶ 35 of the Counterclaim.

36. Upon information and belief, Cruz admits the allegations of ¶ 36 of the Counterclaim.

37. Cruz lacks sufficient information to admit or deny the allegations of ¶ 37 of the Counterclaim and therefore denies the same.

38. Cruz denies the allegations of ¶ 38 of the Counterclaim.

39. Cruz denies the allegations of ¶ 39 of the Counterclaim.

40. Cruz denies the allegations of ¶ 40 of the Counterclaim.

41. In response to the allegations of ¶ 41 of the Counterclaim, Cruz admits that he ordered 5,000 units of the Hitting Cup from Solid Concepts, Inc.

42. Cruz admits the allegations of ¶ 42 of the Counterclaim.

43. Cruz admits the allegations of ¶ 43 of the Counterclaim.

44. Cruz denies the allegations of ¶ 44 of the Counterclaim.

45. Cruz admits the allegations of ¶ 45 of the Counterclaim.

46. Cruz admits the allegations of ¶ 46 of the Counterclaim.

47. Cruz admits the allegations of ¶ 47 of the Counterclaim.

48. Cruz admits the allegations of ¶ 48 of the Counterclaim.

49. In response to the allegations of ¶ 49 of the Counterclaim, Cruz admits that because Cruz was the owner of the prototype of the Hitting Cup and the business relationship with Solid Concepts, Inc. was only with Cruz, Mr. Cockrell found another company to manufacture the Hitting Cup, and Cruz lacks sufficient information to admit or deny the remaining allegations of ¶ 49 of the Counterclaim and therefore denies the same.

50. Cruz admits the allegations of ¶ 50 of the Counterclaim.

51. Cruz admits the allegations of ¶ 51 of the Counterclaim.

52. Cruz admits the allegations of ¶ 52 of the Counterclaim.

53. Cruz admits the allegations of ¶ 53 of the Counterclaim.

54. Cruz denies the allegations of ¶ 54 of the Counterclaim.

55. Cruz denies the allegations of ¶ 55 of the Counterclaim.

56. Cruz admits the allegations of ¶ 56 of the Counterclaim.

57. Cruz admits the allegations of ¶ 57 of the Counterclaim.

58. Cruz admits the allegations of ¶ 58 of the Counterclaim.

59. Cruz admits the allegations of ¶ 59 of the Counterclaim.

60. Cruz admits the allegations of ¶ 60 of the Counterclaim.

61. Cruz denies the allegations of ¶ 61 of the Counterclaim.

62. Cruz admits the allegations of ¶ 62 of the Counterclaim.

63. Cruz lacks sufficient information to admit or deny the allegations of ¶ 63 of the Counterclaim and therefore denies the same.

64. Cruz admits the allegations of ¶ 64 of the Counterclaim.

65. Cruz admits the allegations of ¶ 65 of the Counterclaim.

66. Cruz denies the allegations of ¶ 66 of the Counterclaim.

67. In response to the allegations of ¶ 67 of the Counterclaim, Cruz admits that he is using the mold that Solid Concepts, Inc. manufactured for Cruz and that Mr. Cockrell paid a small portion towards the mold.

68. Cruz admits the allegations of ¶ 68 of the Counterclaim and further affirms that Cruz does not need Mr. Cockrell's consent to sell the Hitting Cup.

69. Cruz admits the allegations of ¶ 69 of the Counterclaim and further affirms that Cruz has no obligation to share in the profits of his sales with Mr. Cockrell in light of Mr. Cockrell's fraudulent actions.

## COUNTERCLAIM I

70. Paragraph 70 of the Counterclaim does not contain an affirmative allegation against Cruz which requires a response from Cruz. To the extent that ¶ 70 of the Counterclaim requires a response from Cruz, Cruz denies the allegations of ¶ 70 of the Counterclaim.

71. Cruz denies the allegations of ¶ 71 of the Counterclaim.

72. Cruz denies the allegations of ¶ 72 of the Counterclaim.

73. Cruz denies the allegations of ¶ 73 of the Counterclaim.

74. Cruz denies the allegations of ¶ 74 of the Counterclaim.

75. Cruz denies the allegations of ¶ 75 of the Counterclaim.

76. Cruz denies the allegations of ¶ 76 of the Counterclaim.

77. Cruz denies the allegations of ¶ 77 of the Counterclaim.

78. Cruz denies the allegations of ¶ 78 of the Counterclaim.

79. Cruz denies the allegations of ¶ 79 of the Counterclaim.

80. Cruz denies the allegations of ¶ 80 of the Counterclaim.

## COUNTERCLAIM II

81. Paragraph 81 of the Counterclaim does not contain an affirmative allegation against Cruz which requires a response from Cruz. To the extent that ¶ 81 of the Counterclaim requires a response from Cruz, Cruz denies the allegations of ¶ 81 of the Counterclaim.

82. Cruz admits the allegations of ¶ 82 of the Counterclaim.

83. Cruz admits the allegations of ¶ 83 of the Counterclaim.

84. Cruz denies the allegations of ¶ 84 of the Counterclaim.

85. Cruz denies the allegations of ¶ 85 of the Counterclaim.

86. Cruz denies the allegations of ¶ 86 of the Counterclaim.

**COUNTERCLAIM II**

87. Paragraph 87 of the Counterclaim does not contain an affirmative allegation against Cruz which requires a response from Cruz. To the extent that ¶ 87 of the Counterclaim requires a response from Cruz, Cruz denies the allegations of ¶ 87 of the Counterclaim.

88. Cruz admits the allegations of ¶ 88 of the Counterclaim.

89. Cruz admits the allegations of ¶ 89 of the Counterclaim.

90. Cruz denies the allegations of ¶ 90 of the Counterclaim.

91. Cruz denies the allegations of ¶ 91 of the Counterclaim.

92. Cruz denies the allegations of ¶ 92 of the Counterclaim.

93. Cruz denies the allegations of ¶ 93 of the Counterclaim.

94. Cruz denies the allegations of ¶ 94 of the Counterclaim.

95. Cruz denies the allegations of ¶ 95 of the Counterclaim.

96. Cruz denies the allegations of ¶ 96 of the Counterclaim.

97. Cruz denies the allegations of ¶ 97 of the Counterclaim.

98. Cruz denies the allegations of ¶ 98 of the Counterclaim.

**COUNTERCLAIM III**

99. Paragraph 99 of the Counterclaim does not contain an affirmative allegation against Cruz which requires a response from Cruz. To the extent that ¶ 99 of the Counterclaim requires a response from Cruz, Cruz denies the allegations of ¶ 99 of the Counterclaim.

100. Cruz denies the allegations of ¶ 100 of the Counterclaim.

101. Cruz denies the allegations of ¶ 101 of the Counterclaim.

102. Cruz denies the allegations of ¶ 102 of the Counterclaim.

103. Cruz denies the allegations of ¶ 103 of the Counterclaim.

104. Cruz denies the allegations of ¶ 104 of the Counterclaim.

105. Cruz denies the allegations of ¶ 105 of the Counterclaim.

106. Cruz denies the allegations of ¶ 106 of the Counterclaim.

107. Cruz denies any and all allegations not specifically admitted.

**Affirmative Defenses**

108. The Counterclaim fails to set forth a claim upon which relief can be granted.

109. The Counterclaim is barred by Mr. Cockrell's prior breach.

110. The Counterclaim is or may be barred by the affirmative defenses set forth in Fed.R.Civ.P. 8(c).

111. Cruz are entitled to their reasonable attorneys' fees and costs.

**WHEREFORE**, having fully answered the Counterclaim, Cruz prays for judgment as follows:

A. That the Counterclaim be dismissed and the Cockrells take nothing thereby;

B. That Cruz are awarded their attorneys' fees and costs; and

C. For such other relief as the Court deems just and proper.

**DATED** this 18th day of July 2016.

**RYLEY CARLOCK & APPLEWHITE**

By *Lorena C. Van Assche*
Fredric D. Bellamy
Lorena C. Van Assche
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Attorneys for Plaintiff

**COPY** of the foregoing mailed
this 18th day of July 2016 to:

Henk Taylor
**RYAN RAPP & UNDERWOOD, PLC**
3200 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
Email: HTaylor@rrulaw.com
Attorneys for Alan and Polly Cockrell

/s/ *Brandi R. Kline*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July 2016, I electronically transmitted the foregoing document to the U.S. District Court for the District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF Registrants.

*/s/ Brandi R. Kline*